Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Angelica Jackson,<br><br>    Plaintiff,<br><br>v.<br><br>General Revenue Corporation,<br><br>    Defendant. | No. CV16-0021-PHX-DGC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2   RESPECTFULLY SUBMITTED:  February 23, 2016  .

3

4                                    s/ Floyd W. Bybee
Floyd W. Bybee, #012651
5   **BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
6   Chandler, AZ 85226-4687
Office: (480) 756-8822
7   Fax: (480) 302-4186
floyd@bybeelaw.com
8
Attorney for Plaintiff
9

10  Copy of the foregoing *emailed* and
*mailed*  February 23, 2016   to:
11
Dana Z. Glaeser
12  General Revenue Corp.
4660 Duke Dr Ste 300
13  Mason, OH 45040-8466
General Counsel for Defendant
14

15  by  Floyd W. Bybee

16

17

18

19

20

21

22

23

24

25

- 2 -